JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

RIVER CANYON TOTAL RETURN BOND FUND, et al.,

Plaintiffs,

v.

CREDIT SUISSE SECURITIES (USA) LLC,

Defendant.

Case No.  CV 24-3993-GW-Ex

**ORDER TO DISMISS WITHOUT PREJUDICE**

Based upon Plaintiffs' Notice of Voluntary Dismissal Without Prejudice [53], it is hereby ORDERED that this action is dismissed without prejudice in its entirety.

IT IS SO ORDERED.

Dated: March 4, 2025



_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE